EDWARD J. GRASSMANN, *ET AL.*, PLAINTIFFS-RESPON-
DENTS, v. PORT OF NEW YORK AUTHORITY, DEFEND-
ANT-PETITIONER.

*Mr. Francis A. Mulhern* and *Mr. Sidney Goldstein,* of the New York bar, for the petitioner.

*Messrs. Goldberg & Carlin* for the respondents.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SALVATORE SCAFFIDI, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. Guy W. Calissi* and *Mr. Archibald Kreiger* for the respondent.

January 27, 1970. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
GEORGE BROWN, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

January 27, 1970. Denied.